**FILED**

Name: James Van Houten #75058
Address: P.O. Box 311
E1 Dorado, Ks. 67042

MAY -8 2008
Clerk, U.S. District Court
By: _____ Deputy Clerk

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

James VanHouten, Plaintiff
(Full Name)

v.

CCS (Corrective Care Services) Wanda Bokor
Defendant(s)

CASE NO. 08-3114-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) J. VanHouten (Plaintiff), is a citizen of Kansas (State) who presently resides at EDCF/KDOC (Mailing address or place of confinement)

2) Defendant Wanda Bokor (Name of first defendant) is a citizen of El Dorado Kansas (City, State), and is employed as _____ (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐ If your answer is "Yes", briefly explain: She's employed under KDOC rules + guidelines

3)   Defendant _____ is a citizen of
      _____(Name of second defendant)_____
      _____, and is employed as
      _____(city, state)_____
      _____. At the time the claim(s)
      _____(Position and title, if any)_____
      alleged in this complaint arose was this defendant acting under the color of state law?   Yes ☐   No ☐.  If your answer is "Yes", briefly explain:
      _____
      _____

(Use the back of this page to furnish the above information for additional defendants.)

      51343(3); 42

4)   Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983.  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   KSA - 21-3425
   _____

B.  NATURE OF THE CASE

1)   Briefly state the background of your case.

I tested positive for T.B. on 07.03.08; yet I've requested several times for medications that won't upset my stomach. I have been denied such. I have also got staff infection, and I can't receive any treatment for it. (It's on my Buttocks)

See ⁕ Pages 2A + 3A

-2-

(2A)

longterm medical problems.

Both Deanna Morris and Wanda Bokor, acted Under, Color of State Law, as they were on duty. In a State — Recognized Facility. But, plus in addition to; they had no temporary insanity, nor can immunity be granted when a person knows of continual denials. But, so chooses to ignore regardless of reasons.

### Part-B

Medical Malpractice is a serious question for the Authority Hearing this Case. But, it is not for a legitamate reason a neccessitable arguement for a pro-sē litigant. To much time and research.

### Part C - Background

I've been denied several medical care treatments, over the last 3 months. Ms. Bokor is the A.R.N.P. and Morris the CMA-RN.; I've repeatedly asked for X-Rays, Pins in broken in 1/2 bones. Tuberculosis treatment; Hepetitus testing; H.I.V. med's; as well as, extra vitamins to help nourish my body back to health. My fingers Ring Right is this long around entire finger. This is not even the width of a 3rd Graders. I am 27 years old. I am pleading repeatedly for your federal help. Yet, you continue to delay, procrastinate, and prevent the aid, in which

(3A)

You're pronounced to do. I am so small, I can see every Rib cage when I raise my arms.

I also have a Infection they call "Staff", that I've had since 1995-1996. I've had Welts on my buttocks which swell, Bleed, and Puss up. I am not allowed to spend canteen to purchase proper cleaning Supplies, and CCS- will not give me any treatment that requires Serious needs.

12.13.07 - I got my back broke, on a lawsuit I most recently filed. My Spinal area is numb, hot, and still in pain. My Vertabres has 4 Bones, surfaced out the Skin. This Part, I am arguing on another suit. Not this one.

Returning to my Infection; I must fill out 2-3 sick calls to get 1 bar of Dial; that I get charged 2 Dollars a sickcall for. So, 6 Dollars for 1 bar of 67¢ Dial Soap. I recently won a Civil action [07-3167-Sept. 05th, 2007] Van Houten v. Marlett; U.S. Ct. of Appeals. Yet, I still haven't received my money. Your delay is not a coincedance, to the same denial they are showing me.

If I die World War III and mass nuclear warfare, is subject to occur.

I have Blood Preasure Problems; In 2001 I almost went into Cardiac Arrest. Because, it rose to 186 over 136, on my murder records you can see. Then also, in 2000; I passed out in a Topeka Amaco 29th and Topeka Blvd. and got rushed to St. Francis; and my Blood Preasure dropped to 92/18 with 37 beats (Pulse) per minute.

~~Each time I eat Sweets or Drink them; I can't sleep, but maybe~~

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: __Denial of Medical treatment 08 USCA__

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) __Within Background__

B)(1) Count II: __Denial of Equal Protection__

(2) Supporting Facts: __Within 2A + 3A.__

-3-

C) (1) Count III: _____

_____

_____

(2) Supporting Facts:

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes [X]  No [ ]. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

a) Parties to previous lawsuit:

Plaintiffs: Myself

Defendants: Carrie Marlett, Debbie Bratton

b) Name of court and docket number  06-3308  07-3167 on Remand
U.S. District Court

c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)  Res Judicata And Collateral Estoppel on remand

d) Issues raised  24 hour lockdown

-4-

e)  Approximate date of filing lawsuit __2006__

f)  Approximate date of disposition __Sept. 05 2007__

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part 0 ☐ Yes ☒ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Jones v. Bock, 127 S. Ct. 910, 915 (2007)

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

① Interstate Compact Connecticut.
② Denial of medical treatment – $25,000
③ Denial of Equal Protection $15,000
④ USCA 7th Jury Trial
⑤ 21-3425 KSA.

_____
Signature of Attorney (if any)

_____
Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

-5-

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _____Butler County_____ on _____05.06.08_____, 20_08_.
            (Location)                        (Date)

_____
(Signature)